IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WILLIAM RANDALL EDMONSON, JR., #K9606**     PLAINTIFF

v.     CAUSE NO. 1:16-cv-335-LG-RHW

**KENNY WOO, LISA HERNDON,
LAURA TILLEY, JUARITA EVANS,
ANDREW MILLS, TIMOTHY BARNES,
J. BANKS, and MARSHALL FISHER**     DEFENDANTS

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY ORDERED AND ADJUDGED** that Edmonson's habeas corpus claims are **DISMISSED WITHOUT PREJUDICE.**

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Edmonson's § 1983 claims are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i)-(ii)

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this dismissal will count as a "strike" in accordance with the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915 (g).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that any state law claims Edmonson may be asserting in this action are **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 14th day of April, 2017.

                           s/ *Louis Guirola, Jr.*
                           Louis Guirola, Jr.
                           Chief U.S. District Judge